United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 02, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 25-31802 |
| **AVALON SUGAR LAND HOSPITALITY** § | |
| **LLC,** § | |
| § | |
| Debtor. § | |
| § | |
| § | CHAPTER 11 |

## ORDER
## TO SHOW CAUSE

On March 31, 2025, Debtor filed a petition under Title 11, Chapter 11 of the United States Bankruptcy Code. On April 2, 2025, the Court entered its "Order for Electronic Chapter 11 Status Conference" (the "*Order*"). Debtor has not filed a Chapter 11 Status Conference Statement seven (7) days prior to the status conference set by the Order.

It is therefore:

**ORDERED:** that

1. The Status Conference set for May 2, 2025, is **CANCELLED.**

2. An electronic show cause hearing will be held on **May 16, 2025 at 10:00 a.m.,** (Central Standard Time). Debtor and Debtor's counsel must attend the hearing.

3. Debtor must be prepared to explain to the Court (i) why Debtor has failed to comply with this Court's "Order for Electronic Chapter 11 Status Conference" and (ii) why the instant case should not be dismissed or converted to a proceeding under chapter 7 of the United States Code.

4. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

5. By May 6, 2025, Debtor must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

SIGNED May 2, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge