United States Bankruptcy Court
Southern District of Texas

**ENTERED**
May 07, 2025
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 25-31802 |
|---|---|---|---|
| Debtor | | In Re: | Avalon Sugar Land Hospitality LLC |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | David S. Catuogno, Esq.<br>K&L Gates LLP<br>One Newark Center, 10th Floor<br>Newark, NJ 07102<br>973-848-4023 / david.catuogno@klgates.com<br>State of New Jersey - 040511990<br>United States District Court for the District of New Jersey - DSC1397 |
|---|---|

| Name of party applicant seeks to appear for: | Hilton Franchise Holding LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/6/2025 | Signed: | /s/ David S. Catuogno |
|---|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 5/7/2025 | Clerk's signature: *Norma Jean Chavez* |

**Order**        This lawyer is admitted *pro hac vice*.

Signed: May 07, 2025

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge